# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

IN RE MEDTRONIC, INC.
IMPLANTABLE DEFIBRILLATORS
PRODUCTS LIABILITY LITIGATION

This documents relates to:
Carlile v. Medtronic, Inc., 0:07-cv-3899

MDL NO. 05-1726 (JMR/AJB)

**REPORT RECOMMENDING
DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Kenneth Carlile, filed a claim against Defendant in the District of

Minnesota on September 6, 2007. This case was joined with the above-referenced MDL.

Since that time, the MDL has been dissolved due to settlement. Plaintiffs did not

participate in the settlement.

Thereafter, on May 21, 2009, this Court entered an Order to Show Cause why this

Case Should Not be Dismissed requesting response from Plaintiffs Centers with fifteen

(15) days. Plaintiff's agreed to dismiss their claim without Prejudice.

Accordingly, IT IS HEREBY RECOMMENDED that:

Plaintiff's claim against Defendant Medtronic, Inc., should be dismissed without

prejudice.

Dated: June 15, 2009           ___s/ Arthur J. Boylan_____
                               Arthur J. Boylan
                               United States Magistrate Judge

13234