# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE MEDTRONIC, INC. <br> IMPLANTABLE DEFIBRILLATORS <br> PRODUCTS LIABILITY LITIGATION | MDL NO. 05-1726 (JMR/AJB) <br><br> **ORDER** |
| This documents relates to: <br> Carlile v. Medtronic, Inc., 0:07-cv-3899 | |

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated June 15, 2009, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that Plaintiff's claim against Defendant Medtronic, Inc., is dismissed without prejudice.

DATED: July 20, 2009.

s/James M. Rosenbaum
Judge James M. Rosenbaum
U. S. District Court

13234